IN RE JOHN WILSON, EX PARTE.

(Filed 16 October, 1912.)

**Partition—Parties—Appeal and Error—Motions—Estoppel.**

A party to proceedings to partition lands, who was present at the sale and received his share of the purchase money, may not, after confirmation of the matters adjudicated and affirmed on appeal, by motion in the original cause, have the sale set aside as to him.

APPEAL by Colin Lee and Bryant Timber Company from *Ferguson, J.,* at September Term, 1912, of SAMPSON.

*J. D. Kerr, Sr., for Mrs. Colin Lee.*

*George E. Butler and Cyrus M. Faircloth for Bryant Timber Company.*

*Faison & Wright for John E. Wilson, appellee.*

PER CURIAM. This cause was before the Court at a former term, 148 N. C., 438.

Mrs. Colin Lee now moves in the original cause to set aside the judgment and sale for division as to her.

Her own deposition proves she was made a party to the partition proceeding, was present at the sale and received her share of the purchase money. His Honor properly dismissed her petition.

Affirmed.